AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**Locker #16 in Room 410A**
**Bureau of Engraving and Printing Annex Building**
**14th and C Streets, SW**
**Washington, DC 20228**

**APPLICATION AND AFFIDAVIT**
**FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Karen Cottrell___ being duly sworn depose and say:

I am a(n) Special Agent with the Department of Treasury, Office of the Inspector General, Office of Investigations and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

**Locker #16 in Room 410A**
**Bureau of Engraving and Printing Annex Building**
**14th and C Streets, SW, Washington, DC 20228**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachments B, C, and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.
concerning a violation of Titles 18 United States Code, Section(s) 641. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Jonathan R. Barr
Fraud and Public Corruption/5th Floor
(202) 514-9620

Signature of Affiant
Karen Cottrell, Special Agent
Department of Treasury, Office of the Inspector General,
Office of Investigations

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer                Signature of Judicial Officer